# AFFIDAVIT OF SERVICE

State of New York     County of Southern     Court

Index Number: 08 CV 6694
Date Filed: _____

**Plaintiff:**
Zim American Intergrated Shipping Services, Inc.

vs.

**Defendant:**
Advent Matrix, Inc.

**For:**
Law Offices of Albert J Avallone & Assoc
551 Fifth Aven Ue
Suite 1625
New York, NY 10176

Received by Presidential Process Service, Inc. to be served on **Advent Matrix, Inc., 600 17th St #2800, Denver, CO 80202**.

I, Lance Carino, being duly sworn, depose and say that on the **13th day of August, 2008 at 2:01 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; Civil Complaint; Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Jeannine Mogor** as **Manager** for **Advent Matrix, Inc.**, at the address of: **600 17th St #2800, Denver, CO 80202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 155, Hair: Brown/Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 25th day of August, 2008 by the affiant who is personally known to me.

_____
Notary public

_____
Lance Carino
Process Server

Presidential Process Service, Inc.
404 Park Ave South
14th Floor
New York, NY 10016
(212) 889-3200
Our Job Serial Number: 2008006539

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2t